UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

CHAPTER 11

IN RE:  66 FGP LLC

Case No: _____

Debtor

_____X

## LIST OF CREDITORS

1- Wilmington Savings Fund Society,
FSB, not in its individual capacity but solely as owner trustee on behalf
of Antler Mortgage Trust 2020-TRL1

838 N. Market St.
Wilmington, DE 19801

2- Small Business Administration
PO Box 3910
Portland, OR 97208-3918